**April 13, 1998**

| 20492 | Alvarado v. Law Offices of Kurt Gronau | Affirmed |

**April 30, 1998**

| 20612 | State v. Albertini | Affirmed |